**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Hayagriva Enterprises, LLC | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years** | | |
| Include any assumed names, trade names, and *doing business as names* | | |

3. **Debtor's federal Employer Identification Number (EIN)**    8  5 – 1  1  3  5  2  7  3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1740 Universal City Blvd Ste. 132-136 | 416 Wagon Wheel Way |
| Number          Street | Number          Street |
| | P.O. Box |
| Universal City, TX 78148 | Cibolo, TX 78108 |
| City                          State      ZIP Code | City                          State      ZIP Code |
| Bexar | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number          Street |
| | City                          State      ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Hayagriva Enterprises, LLC       Case number *(if known)* _____

      Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____

                                  MM / DD / YYYY

               District _____ When _____ Case number _____

                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

            District _____ When _____

                                              MM / DD / YYYY

            Case number, if known _____

Debtor    Hayagriva Enterprises, LLC
       Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>    _____<br>    City      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999      ☐ 10,001-25,000               ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor    Hayagriva Enterprises, LLC _____      Case number *(if known)* _____

Name

| | | | |
|---|---|---|

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/01/2021
MM/ DD/ YYYY

**X** /s/ Vikas Nath _____        _____   Vikas Nath

Signature of authorized representative of debtor                                Printed name

Title _____   member _____

**18. Signature of attorney**

**X** _____ /s/ Heidi McLeod _____   Date   06/01/2021
Signature of attorney for debtor                                                   MM/ DD/ YYYY

Heidi McLeod _____
Printed name

Heidi McLeod Law Office, PLLC _____
Firm name

3355 Cherry Ridge 214 _____
Number       Street

San Antonio _____   TX ____   78230 _____
City                                             State        ZIP Code

_____                heidimcleodlaw@gmail.com _____
Contact phone                                          Email address

13764700 _____                TX _____
Bar number                                              State

**Fill in this information to identify the case:**

Debtor name _____ Hayagriva Enterprises, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand** _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Chase** | **Checking account** | | **$40.48** |
| 3.2 **Chase** | **Savings account** | | **$9.48** |

**4.** **Other cash equivalents** *(Identify all)*

**None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $49.96 |
|---|---|

| Part 2: | Deposits and prepayments |
|---|---|

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 **Universal City Business Park LLC** | $5,153.00 |
|---|---|

Debtor  __Hayagriva Enterprises, LLC__                                    Case number *(if known)* _____
        Name

---

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

**9.**  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    **$5,153.00**

---

**Part 3:**  Accounts receivable

---

**10.**  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.**  **Accounts Receivable**

    11a. 90 days old or less:     **$1,612.00** − **$1,612.00** = ...... →     **$0.00**
                        face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     − = ...... →
                        face amount          doubtful or uncollectible accounts

**12.**  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$0.00**

---

**Part 4:**  Investments

---

**13.**  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                      % of ownership:

    **None**

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **Hayagriva Enterprises, LLC**                              Case number *(if known)*
            Name

**None**

**17. Total of Part 4**                                                                    **$0.00**
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 stair lifts and portable ramps | MM / DD / YYYY | (Unknown) | wholesale | $42,371.00 |

**20. Work in progress**
**None**

**21. Finished goods, including goods held for resale**
**None**

**22. Other inventory or supplies**
**None**

**23. Total of Part 5**                                                                    **$42,371.00**
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor  __Hayagriva Enterprises, LLC__                                    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

    **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.  Farm and fishing supplies, chemicals, and feed**

    **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                            $0.00

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black;color:white;">Part 7:</div> Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor  __Hayagriva Enterprises, LLC__     Case number *(if known)* _____
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**  Office furniture

3 computers, 3 desks, 8 chairs, 1 break room cabinet, 1 water cooler, Hands-free Headset, 2 Speakerphones, phone handset, vacuum cleaner, Folded towel dispenser, Toilet tissue dispenser, 2 Trash receptacle, Hand sanitizer dispenser, wet floor sign, 3 Office trash can, 3 Surge protector, 3 Cord protector, Rolling ladder, Pallet rack, 4 Pallet rack wire decking, Pallet truck, Mop wringer, Mop bucket, Mop handle, EZ access single fold ramp, 2 EZ access trifold ramp and Industrial appliance hand truck, Magazine stand, accent table, diagnostics kit, pinnacle rail
39.1  drill jig,                                          (Unknown)        purchase price                    $10,471.46

**40.**  Office fixtures

**None**

**41.**  Office equipment, including all computer equipment and communication systems equipment and software

41.1  tools                                               (Unknown)                                          $2,173.49

**42.**  Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.**  Total of Part 7

Add lines 39 through 42. Copy the total to line 86.                                                         $12,644.95

**44.**  Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.**  Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**  Does the debtor own or lease any machinery, equipment, or vehicles?
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    __Hayagriva Enterprises, LLC__                              Case number *(if known)* _____
                Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

       47.1 __2020 Ford Transit Van__                    **(Unknown)**                    $40,000.00

48.    **Watercraft, trailers, motors, and related accessories** *Examples*: Boats,
       trailers, motors, floating homes, personal watercraft, and fishing vessels

       **None**

49.    **Aircraft and accessories**

       **None**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery
       and equipment)**

       **None**

51.    **Total of Part 8**
       Add lines 47 through 50. Copy the total to line 87.                            $40,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑No
       ☐Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑No
       ☐Yes

**Part 9:** Real Property

54.    **Does the debtor own or lease any real property?**
       ☑No. Go to Part 10.
       ☐Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

       **None**

56.    **Total of Part 9**
       Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                            $0.00

Debtor    __Hayagriva Enterprises, LLC__                          Case number *(if known)* _____
              Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

   None

61. **Internet domain names and websites**

   None

62. **Licenses, franchises, and royalties**

   None

63. **Customer lists, mailing lists, or other compilations**

   None

64. **Other intangibles, or intellectual property**

   None

65. **Goodwill**

   None

66. **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                                               $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor  __Hayagriva Enterprises, LLC_____     Case number *(if known)* _____
          Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑No
☐Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑No. Go to Part 12.
☐Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)
**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**None**

73. **Interests in insurance policies or annuities**
**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**None**

76. **Trusts, equitable or future interests in property**
**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                          $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑No
☐Yes

Debtor __Hayagriva Enterprises, LLC__    Case number *(if known)* _____
     Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $49.96 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,153.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $42,371.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $12,644.95 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $100,218.91 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................. | | $100,218.91 |

| Fill in this information to identify the case: |
| --- |

Debtor name      Hayagriva Enterprises, LLC

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's name**
Ford Credit

**Creditor's mailing address**
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962-2180

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    9   3   5   4

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
2020 Ford Transit Van

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $37,225.95    Value of collateral: $40,000.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$37,225.95

Debtor    Hayagriva Enterprises, LLC                            Case number *(if known)* _____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ <br> _____ <br> _____ | Line _____ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ Hayagriva Enterprises, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor __**Hayagriva Enterprises, LLC**__
Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**101 Mobility Franchise Systems, LLC**

**5221 Oleander Dr**

**Wilmington, NC 28403-7071**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.2** Nonpriority creditor's name and mailing address

**Bruno Independent Living Aids**

**PO Box 68-5086**

**Chicago, IL 60695**

Date or dates debt was incurred _____

Last 4 digits of account number  8  0  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured

Is the claim subject to offset?
☑ No
☐ Yes

$15,772.50

**3.3** Nonpriority creditor's name and mailing address

**Cardmember Services**

**PO Box 6294**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number  6  1  3  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured

Is the claim subject to offset?
☑ No
☐ Yes

$47,926.51

**3.4** Nonpriority creditor's name and mailing address

**Handicare**

**10888 Metro Court**

**Maryland Heights, MO 63043**

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  2  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured

Is the claim subject to offset?
☑ No
☐ Yes

$6,465.00

**3.5** Nonpriority creditor's name and mailing address

**Harmar**

**PO Box 744560**

**Atlanta, GA 30374**

Date or dates debt was incurred _____

Last 4 digits of account number  9  3  0  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured

Is the claim subject to offset?
☑ No
☐ Yes

$13,500.00

Debtor    __Hayagriva Enterprises, LLC__                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.6** **Nonpriority creditor's name and mailing address**

Harmar

PO Box 744560

Atlanta, GA 30374

Date or dates debt was incurred    _____

Last 4 digits of account number    9  3  0  3

**As of the petition filing date, the claim is:**    $865.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

Harmar

PO Box 744560

Atlanta, GA 30374

Date or dates debt was incurred    _____

Last 4 digits of account number    9  3  0  3

**As of the petition filing date, the claim is:**    $5,165.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Universal City Business Park LLC

41 Westelm Cir

San Antonio, TX 78230-2641

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     __Hayagriva Enterprises, LLC__                                            Case number *(if known)* _____
              Name

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | __$0.00__ |
| 5b. | **Total claims from Part 2** | 5b. | **+** __$89,694.01__ |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | __$89,694.01__ |

Fill in this information to identify the case:

Debtor name _____ Hayagriva Enterprises, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | commercial lease | Universal City Business Park LLC |
| | Contract to be REJECTED | 41 Westelm Cir |
| **State the term remaining** | 51 months | San Antonio, TX 78230-2641 |
| **List the contract number of any government contract** | | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | franchise agreement | 101 Mobility Franchise Systems, LLC |
| | Contract to be REJECTED | 5221 Oleander Dr |
| **State the term remaining** | 0 months | Wilmington, NC 28403-7071 |
| **List the contract number of any government contract** | | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |

Debtor name        Hayagriva Enterprises, LLC

United States Bankruptcy Court for the:
       Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Nath, Vikas | 416 Wagon Wheel Way _____ Street _____ Cibolo, TX 78108 _____ City    State    ZIP Code | 101 Mobility Franchise Systems, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ _____ City    State    ZIP Code | | |
| 2.3 | _____ | _____ Street _____ _____ City    State    ZIP Code | | |
| 2.4 | _____ | _____ Street _____ _____ City    State    ZIP Code | | |
| 2.5 | _____ | _____ Street _____ _____ City    State    ZIP Code | | |

---

Debtor    Hayagriva Enterprises, LLC                                    Case number *(if known)* _____
          Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ <br> _____ <br> City          State     ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____Hayagriva Enterprises, LLC_____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...........................................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................

   | $100,218.91 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................................

   | $100,218.91 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $37,225.95 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   + | $89,694.01 |

4. **Total liabilities**..................................................................................................................................

   | $126,919.96 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          Hayagriva Enterprises, LLC

United States Bankruptcy Court for the:

           Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>                  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $19,534.00 |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>            MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>                 MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>           MM/ DD/ YYYY | | |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>          MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>           MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Hayagriva Enterprises, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  101 Mobility Franchise Systems, LLC <br> Creditor's name <br> 5221 Oleander Dr <br> Street <br> Wilmington, NC 28403-7071 <br> City    State    ZIP Code <br> **Relationship to debtor** <br> franchise signed by Vikas Nath | 04/01/2021 <br> 05/01/2021 | $2,439.00 | franchise fees |
| 4.2.  101 Mobility Franchise Systems, LLC <br> Creditor's name <br> 5221 Oleander Dr <br> Street <br> Wilmington, NC 28403-7071 <br> City    State    ZIP Code <br> **Relationship to debtor** <br> operate franchise | 04/01/2021 <br> 05/01/2021 | $11,783.00 | franchise fees |

Debtor    Hayagriva Enterprises, LLC                                    Case number *(if known)* _____
          Name

4.3.    JP Morgan Chase                    04/01/2021          $947.00      pay business expense incurred on the card
        Creditor's name

        P O Box 901033                     05/01/2021
        Street

        Fort Worth, TX 76101
        City          State    ZIP Code

        **Relationship to debtor**

        single member cosigned card

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | XXXX– ___ ___ ___ ___ | | |

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ <br><br> **Case number** <br><br> _____ | _____ | Name <br> _____ <br> Street <br> _____ <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor ___Hayagriva Enterprises, LLC_____  Case number *(if known)* _____
     Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | |
| | | | Name |
| | | **Case number** | Street |
| | City    State    ZIP Code | | |
| | | **Date of order or assignment** | City    State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

**Part 6:** Certain Payments or Transfers

---

Debtor    Hayagriva Enterprises, LLC          Case number *(if known)*
         Name

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Heidi McLeod Law Office, PLLC | Attorney's Fee | 6/1/2021 | $4,000.00 |
| | **Address** | | | |
| | 3355 Cherry Ridge 214 <br> Street | | | |
| | San Antonio, TX 78230 <br> City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Vikas Nath | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    Hayagriva Enterprises, LLC                                    Case number *(if known)*
          Name

**13.1.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 101 Mobility | | 04/01/2021 | $10,000.00 |

**Address**

Street

City                          State     ZIP Code

**Relationship to debtor**


**13.2.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Northside Ford | down payment on 2020 transport van | 10/05/2020 | $1,750.00 |

**Address**

12300 San Pedro Ave
Street

San Antonio, TX 78216-2841
City                          State     ZIP Code

**Relationship to debtor**


**13.3.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Northside Ford | Work done on the 2020 Transit Van | | $8,159.25 |

**Address**

Street

City                          State     ZIP Code

**Relationship to debtor**

Debtor     Hayagriva Enterprises, LLC                                    Case number *(if known)*
           Name

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Cobalt Truck Equipment | | 11/12/2020 | $9,385.28 |
| | **Address** | | | |
| | 11218 I -10 East | | | |
| | Street | | | |
| | Converse, TX 78109 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Dealer Source | | 10/19/2020 | $7,401.00 |
| | **Address** | | | |
| | 11927 Warfield Street | | | |
| | Street | | | |
| | San Antonio, TX 78216 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Speed Pro | | 11/24/2020 | $3,653.44 |
| | **Address** | | | |
| | 3709 Promontory Point Dr # A-116 | | | |
| | Street | | | |
| | Austin, TX 78744-1112 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor     Hayagriva Enterprises, LLC                                    Case number *(if known)* _____
           Name

| Address | Dates of occupancy |
|---|---|

14.1. _____       From _____ To _____
       Street

       _____

       _____
       City              State    ZIP Code

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____    _____    _____
       Facility name

       _____

       _____     **Location where patient records are maintained** (if different from facility     **How are records kept?**
       Street                       address). If electronic, identify any service provider.

       _____                                                      *Check all that apply:*
       City         State  ZIP Code    _____                      ☐ Electronically

                                       _____                      ☐ Paper

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

Debtor     Hayagriva Enterprises, LLC                                    Case number (if known) _____
            Name

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City        State      ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br><br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State      ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____ <br><br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State      ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Debtor    Hayagriva Enterprises, LLC                                    Case number *(if known)* _____
            Name

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

Debtor  Hayagriva Enterprises, LLC _____ Case number *(if known)* _____
      Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  _____ | _____ | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| _____ | | |
| Street | | From _____  To _____ |
| _____ | | |
| City        State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Hayagriva Enterprises, LLC                                    Case number *(if known)* _____
          Name

| Name and address | Dates of service |
|---|---|

26a.1.   Melody Bergloff                                              From _____   To _____
          Name

          2676 Lake Ridge Dr
          Street


          Little Elm, TX 75068-3400
          City                         State          ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a
       financial statement within 2 years before filing this case.

       ☑ None

| Name and address | Dates of service |
|---|---|

26b.1.   _____                             From _____   To _____
          Name

          _____
          Street

          _____
          City                         State          ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
          _____                            _____
          Name                                                        _____

          _____                            _____
          Street

          _____
          City                         State          ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued
       a financial statement within 2 years before filing this case.

       ☑ None

| Name and address |
|---|

26d.1.
          _____
          Name

          _____
          Street

          _____
          City                         State          ZIP Code

Debtor ___Hayagriva Enterprises, LLC_____  Case number *(if known)* _____
      Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____
      City          State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nath, Vikas | 416 Wagon Wheel Way Cibolo, TX 78108 | , Member | 100.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   Hayagriva Enterprises, LLC _____     Case number *(if known)* _____
_____Name_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name _____ | | | |
| Street _____ | | | |
| _____ | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**  Signature and Declaration

Debtor   Hayagriva Enterprises, LLC                                  Case number *(if known)*
         Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/01/2021_____
              MM/  DD/  YYYY

X  /s/ Vikas Nath
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor
   _____member_____

Printed name _____Vikas Nath_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Hayagriva Enterprises, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Western District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Bruno Independent Living Aids<br>PO Box 68-5086<br>Chicago, IL 60695 | | Unsecured | | | | $15,772.50 |
| 2  Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197 | (800) 792-0001 | Unsecured | | | | $47,926.51 |
| 3  Handicare<br>10888 Metro Court<br>Maryland Heights, MO 63043 | | Unsecured | | | | $6,465.00 |
| 4  Harmar<br>PO Box 744560<br>Atlanta, GA 30374 | | Unsecured | | | | $13,500.00 |
| 5  Harmar<br>PO Box 744560<br>Atlanta, GA 30374 | | Unsecured | | | | $5,165.00 |
| 6  Harmar<br>PO Box 744560<br>Atlanta, GA 30374 | | Unsecured | | | | $865.00 |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor ___Hayagriva Enterprises, LLC_____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    Hayagriva Enterprises, LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................    $4,000.00

Prior to the filing of this statement I have received ..............................................................    $4,000.00

Balance Due ..........................................................................................................................    $0.00

2.   The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)   Vikas Nath _____

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____06/01/2021_____ | _____/s/ Heidi McLeod_____ |
| Date | Heidi McLeod |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 13764700
Heidi McLeod Law Office, PLLC
3355 Cherry Ridge 214
San Antonio, TX 78230
Phone: (210) 853-0092

</div>

_____Heidi McLeod Law Office, PLLC_____
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Hayagriva Enterprises, LLC**                                                    CASE NO

                                                                                        CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/01/2021_____          Signature _____/s/ Vikas Nath_____
                                                                    Vikas Nath, member

101 Mobility Franchise
Systems LLC
5221 Oleander Dr
Wilmington NC 284037071


Bruno Independent Living
Aids
8096
PO Box 685086
Chicago IL 60695

Cardmember Services
6138
PO Box 6294
Carol Stream IL 60197


Ford Credit
9354
National Bankruptcy Service Center
Po Box 62180
Colorado Springs CO 809622180

Handicare
0024
10888 Metro Court
Maryland Heights MO 63043


Harmar
9303
PO Box 744560
Atlanta GA 30374


Hayagriva Enterprises LLC
416 Wagon Wheel Way
Cibolo TX 78108


Internal Revenue Services
PO Box 21126
Philadelphia PA 19114

Vikas Nath
416 Wagon Wheel Way
Cibolo TX 78108


US Attorney
Vet AdminFed Housing Admin
601 NW Loop 410 Ste 600
San Antonio TX 78216


US Attorney General
10th Constitution Room 5111
Washington DC 20530


US Trustee
615 E Houston Street Ste 533
San Antonio TX 78205


Universal City Business Park
LLC
41 Westelm Cir
San Antonio TX 782302641