# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−50700−rbk

Chapter No.: 7

Judge: Ronald B. King

IN RE: **Hayagriva Enterprises, LLC** , Debtor(s)

### ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**10/12/21** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*
*615 E. HOUSTON STREET, ROOM 597*
*SAN ANTONIO, TX 78205*

*MAIL COPY OF PROOF OF CLAIM TO:*

*Jose C Rodriguez*
*342 W Woodlawn, Suite 103*
*San Antonio, TX 78212*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 7/12/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:                                                                                    Case No. 21-50700-rbk

Hayagriva Enterprises, LLC                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5                                    User: admin                                        Page 1 of 2

Date Rcvd: Jul 12, 2021                              Form ID: 148                             Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hayagriva Enterprises, LLC, 416 Wagon Wheel Way, Cibolo, TX 78108-3810 |
| 18187112 | | 101 Mobility Franchise Systems LLC, 5221 Oleander Dr, Wilmington NC 284037071 |
| 18187113 | + | Bruno Independent Living Aids, 8096, PO Box 685086, Chicago IL 60695-5086 |
| 18187116 | + | Handicare, 0024, 10888 Metro Court, Maryland Heights MO 63043-2413 |
| 18187117 | + | Harmar, 9303, PO Box 744560, Atlanta GA 30374-4560 |
| 18187120 | + | US Attorney, Vet AdminFed Housing Admin, 601 NW Loop 410 Ste 600, San Antonio TX 78216-5512 |
| 18187121 | + | US Attorney General, 10th Constitution Room 5111, Washington DC 20530-0001 |
| 18187123 | | Universal City Business Park LLC, 41 Westelm Cir, San Antonio TX 782302641 |
| 18187124 | + | Vikas Nath, 416 Wagon Wheel Way, Cibolo TX 78108-3810 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJCRODRIGUEZ.COM | Jul 13 2021 02:13:00 | Jose C Rodriguez, 342 W Woodlawn, Suite 103, San Antonio, TX 78212-3314 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 12 2021 22:06:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |
| 18187115 | | EDI: FORD.COM | Jul 13 2021 02:13:00 | Ford Credit, 9354, National Bankruptcy Service Center, Po Box 62180, Colorado Springs CO 809622180 |
| 18187119 | | EDI: IRS.COM | Jul 13 2021 02:13:00 | Internal Revenue Services, PO Box 21126, Philadelphia PA 19114 |
| 18187114 | | EDI: JPMORGANCHASE | Jul 13 2021 02:13:00 | Cardmember Services, 6138, PO Box 6294, Carol Stream IL 60197 |
| 18187122 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 12 2021 22:06:00 | US Trustee, 615 E Houston Street Ste 533, San Antonio TX 78205-2055 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding address with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18187118 | *+ | Hayagriva Enterprises LLC, 416 Wagon Wheel Way, Cibolo TX 78108-3810 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heidi McLeod | on behalf of Debtor Hayagriva Enterprises  LLC heidimcleodlaw@gmail.com, heidi.igotmail@gmail.com;HeidiMcLeodLawOfficePLLC@jubileebk.net |
| Jose C Rodriguez | jrodlaw@sbcglobal.net  lettyreyna@sbcglobal.net;jrodriguez@ecf.axosfs.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 3